IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| MELANIE Z., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:23-CV-425 (RCY) |
| ) | |
| MARTIN O'MALLEY, ) | |
| *Commissioner of the Social Security* ) | |
| *Administration*, ) | |
| Defendant. ) | |
| ) | |

**ORDER**

**(Adopting Report and Recommendation of the Magistrate Judge)**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. The Objection of Plaintiff is OVERRULED;
2. The Report and Recommendation of the Magistrate Judge (ECF No. 14) is ACCEPTED and ADOPTED;
3. Plaintiff's Motion for Summary Judgment (ECF No. 9) is GRANTED;
4. Defendant's Motion for Summary Judgment (ECF No. 11) is DENIED;
5. The final decision of the Commissioner is REVERSED;
6. This matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Memorandum Opinion and the Magistrate Judge's Report and Recommendation; and
7. Final judgment be entered under Rule 58 of the Federal Rules of Civil Procedure.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and this Order to all counsel of record.

It is so ORDERED.

/s/ RCY
Roderick C. Young
United States District Judge

Date: September 23, 2024
Richmond, Virginia